912

No. 75–1295.   BRYZA v. UNITED STATES   C. A. 7th Cir.   Certiorari denied.   MR. JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 75–1072.   BLANTON v. UNITED STATES, 425 U. S. 935;

No. 75–1110.   BUFFA v. UNITED STATES, 425 U. S. 936;

No. 75–1292.   KOEHLER, WARDEN v. CHISM, 425 U. S. 944;

No. 75–5922.   FERRIS v. ILLINOIS, 425 U. S. 938;

No. 75–6234.   McCOLLIN v. BRITT, PENITENTIARY SUPERINTENDENT, 425 U. S. 940;

No. 75–6294.   REED v. DEL CHEMICAL CORP. ET AL., 425 U. S. 941; and

No. 75–6343.   GRAVINA v. SWITZERLAND ET AL., 425 U. S. 961.   Petitions for rehearing denied.

No. 74–940.   COLORADO RIVER WATER CONSERVATION DISTRICT ET AL. v. UNITED STATES; and

No. 74–949.   AKIN ET AL. v. UNITED STATES, 424 U. S. 800.   Motion of Southern Ute Indian Tribe et al. for for leave to file a petition for rehearing as *amici curiae* denied.